**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION NO.** |
| | ) | **2:18cr2-MHT** |
| **JOSEPH HORNE** | ) | **(WO)** |

**ORDER**

As the court needs additional time to receive, and consider, the Bureau of Prisons' mental-health evaluation of defendant Joseph Horne, and the Bureau of Prisons' recommendations of programs and treatment defendant Horne should receive while incarcerated and while on supervised release, it is ORDERED that the sentencing of this matter is continued generally. The date for sentencing will be reset in the near future.

DONE, this the 17th day of January, 2019.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**