IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )       CRIMINAL ACTION NO.
                            )         2:18cr2-MHT
JOSEPH HORNE                )            (WO)
```

ORDER

It is ORDERED that defendant Joseph Horne's motion to withdraw his guilty plea (doc. no. 132), made in open court on July 19, 2019, is granted and his plea is withdrawn.

DONE, this the 19th day of July, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE