IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:18cr002-MHT |
| JOSEPH HORNE | ) | |

OPINION AND ORDER

Defendant Joseph Horne moved to suppress, under the Fourth Amendment to the United States Constitution, evidence obtained from a search of his residence. This case is before the court on the recommendation of the United States Magistrate Judge that the motion to suppress be denied. Horne did not object to the report and recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation be adopted.

***

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 86) is adopted.

(2) The motion to suppress (doc. no. 67) is denied.

DONE, this the 5th day of August, 2019.

                                     /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**