# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18cr2-MHT |
| | ) | (WO) |
| JOSEPH HORNE | ) | |

## FINAL ORDER OF FORFEITURE

Before the court is the government's motion for a final order of forfeiture.

A September 18, 2019, preliminary order of forfeiture ordered defendant Joseph Horne to forfeit his interest in a Beretta USA Corp, model M9, 9mm pistol, bearing serial number 136843 and 15 rounds of 9mm ammunition.

Because that property is worth less than $1,000 and defendant is the only potential claimant, publication of notice was not required. Fed. R. Civ. P. Supp. R. G(4)(a)(i)(A). The government gave defendant notice in the second superseding indictment that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A) and 21 U.S.C. § 841(a)(1).

The court finds that defendant has an interest in the property that is subject to forfeiture under 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c) and 21 U.S.C. § 853. The government has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 841(a)(1). It is therefore ORDERED that the government's motion for a final order of forfeiture (doc. no. 192) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c) and 21 U.S.C. § 853: **a Beretta USA Corp, model M9, 9mm pistol, bearing serial number 136843 and 15 rounds of 9mm ammunition**.

2. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

SO ORDERED, this the 3rd day of January, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE